**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Trustees of Ohio Bricklayers Pension Fund,
    Plaintiff,

                                Case No. 1:13cv66

vs.

                              **Weber, J.; Bowman, M.J.**

Mirage Caulking
    Defendant.

# ORDER TO SET BRIEFING SCHEDULE[1]

       The parties are ORDERED to confer and jointly file on or before April 26, 2013, a briefing schedule in the above captioned ERISA matter. This schedule shall include:

    1.    Date by which Defendant will file an *Indexed* Administrative Record: _____

    2.    Date by which Cross Motions for Summary Judgment should be filed: _____

    3.    Date by which Responses to cross motions are to be filed: _____

    4.    Date by which parties will file replies to the responses _____

                              /s *Stephanie K. Bowman*
                            United States Magistrate Judge

---

[1] This is the Court's standard short-form ERISA order. If this case requires a full calendar please utilize the Rule 26(f) form from the Court's website.