# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| **TRUSTEES OF THE OHIO BRICKLAYERS PENSION FUND, ET AL.,** | CASE NO.:     1:13-cv-00066 |
| **Plaintiffs,** | **Judge Stephanie K. Bowman** |
| vs. | |
| **MIRAGE CAULKING, INC., ET AL.,** | **CONSENT JUDGMENT ENTRY** |
| **Defendants.** | |
| | **ALLOTTA \| FARLEY CO., L.P.A.** |
| | William H. Webster (0017281) |
| | 2222 Centennial Road |
| | Toledo, Ohio  43617 |
| | Ph.: (419) 535-0075 |
| | Fax: (419) 535-1935 |
| | E-mail: wwebster@allottafarley.com |
| | Attorney for Plaintiffs |

**Whereas,** the parties, have reached agreement on the remaining matters in this litigation.

**NOW, THEREFORE, IT IS HERBY ORDERED THAT:**

1. Judgment is granted to Plaintiffs against Defendants Willie Reeves and Mirage Caulking, Inc. jointly and severally on the Cognovit Note in the amount of $18,764.79.

2. Plaintiffs are granted judgment against Mirage Caulking, Inc. for attorney fees and costs in the amount of $16,521.50.

3. Plaintiffs' claim for a payroll audit of the books and records of Mirage Caulking, Inc. for the period of January 1, 2009 through the present is hereby dismissed without prejudice.

**IT IS SO ORDERED:**

                                          s/Stephanie K. Bowman
                                          Stephanie K. Bowman
                                          United States Magistrate Judge

Approved by:

| | |
|---|---|
| */s/ William H. Webster* | */s/ Patrick M. O'Neill* |
| William H. Webster (0017281) | Patrick M. O'Neill (0062519) |
| 2222 Centennial Road | BENJAMIN, YOCUM & HEATHER, LLC |
| Toledo, Ohio  43617 | 300 Pike Street, Ste. 500 |
| Ph.: (419) 535-0075 | Cincinnati, OH 45202 |
| Fax: (419) 535-1935 | Telephone: (513) 721-5672 |
| E-mail: wwebster@allottafarley.com | Facsimile: (513) 562-4388 |
| | E-mail: pmoneill@byhlaw.com |
| Attorney for Plaintiffs | Attorney for Defendants, |
| | Mirage Caulking, Inc. and Willie Reeves |